No. 91–1141. Price et al. v. United States. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for fur-

ther consideration in light of *Republic Nat. Bank of Miami* v. *United States, ante,* p. 80.